135 F.3d 142
 Serge A. Scherbatskoy, Jr., as Trustee and Beneficiary of
Scherbatskoy Family Trust, Jonathan D. Scherbatskoy, as
Trustee and Beneficiary of Scherbatskoy Family Trust, Mary
N. Scherbatskoy, as Trustee and Beneficiary of Scherbatskoy
Family Trust, Timothy D. Scherbatskoy, as Trustee and
Beneficiary of Scherbatskoy Family Trust
v.
Halliburton Company
 NO. 97-20287
 United States Court of Appeals,
Fifth Circuit.
 Dec 22, 1997
 S.D.Tex., 125 F.3d 288
 
 1
 DENIALS OF REHEARING EN BANC.